# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Oravec, Scott A. | 2. Court or Organization<br><br>U.S. District Court, District of Alaska | 3. Date of Report<br><br>12/11/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge, Part-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States District Court
Federal Building and U.S. Courthouse
101 12th Avenue, Room 332
Fairbanks, AK 99701-6283

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | Oravec Law Group, LLC |
| 2. | Chair, Board of Directors | Catholic Schools of Fairbanks, Monroe Foundation |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Oct 2016 | State of Alaska, Permanent Fund Distribution | $2,044.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Oct 2016 | State of Alaska, Permanent Fund Distribution |
| 2. 2016 | Doyon Utilities, Inc., Salary |
| 3. 2016 | Utility Services of Alaska, Inc., Salary |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oravec, Scott A. | 12/11/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sallie Mae Servicing Corp | Student Loans | N |
| 2. | American Education Services | Student Loans | K |
| 3. | Liberty National Life Insurance | Loans | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oravec, Scott A. | 12/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ABA Retirement Funds, 401(k); 2030 Retirement Date Fund | B | Dividend | K | T | | | | | |
| 2. ABA Retirement Funds, 401(k); Small-Mid Cap Equity Fund | C | Dividend | K | T | | | | | |
| 3. ABA Retirement Funds 401(k); Bond Core Plus Fund | A | Dividend | J | T | | | | | |
| 4. ABA Retirement Funds, 401(k); Bond Index Fund | A | Dividend | J | T | | | | | |
| 5. ABA Retirement Funds, 401(k); Stable Asset Return Fund | A | Dividend | J | T | | | | | |
| 6. ABA Retirement Funds, 401(k); Balanced Fund | A | Dividend | J | T | | | | | |
| 7. ABA Retirement Funds, 401(k); Large-Cap Equity Fund | B | Dividend | K | T | | | | | |
| 8. ABA Retirement Funds, 401(k); All Cap Equity Fund | A | Dividend | J | T | | | | | |
| 9. Two 529 Plans, T. Rowe Price, Univ. of Alaska College Savings Plan | A | Dividend | J | T | | | | | |
| 10. Utility Services of Alaska, 401(k); | D | Dividend | | | Sold | 12/30/16 | L | | |
| 11. Doyon Utilities, LLC 401(k); The Standard Stable Asset A | A | Dividend | J | T | Buy | 07/01/16 | J | | |
| 12. Doyon Utilities, LLC 401(k); Voya Intermediate Bond I | A | Dividend | J | T | Buy | 07/01/16 | J | | |
| 13. Doyon Utilities, LLC 401(k); American Century Value | A | Dividend | J | T | Buy | 07/01/16 | J | | |
| 14. Doyon Utilities, LLC 401(k); Vanguard 500 Index Admiral | A | Dividend | J | T | Buy | 07/01/16 | J | | |
| 15. Doyon Utilities, LLC 401(k); Mainstay Large Cap Growth I | A | Dividend | J | T | Buy | 07/01/16 | J | | |
| 16. Doyon Utilities, LLC 401(k); Jhancock Discip Val Mid Cap I | A | Dividend | J | T | Buy | 07/01/16 | J | | |
| 17. Doyon Utilities, LLC 401(k); Hartford Midcap Y | A | Dividend | J | T | Buy | 07/01/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oravec, Scott A. | 12/11/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Doyon Utilities, LLC 401(k); T.Rowe Price New Horizons | A | Dividend | J | T | Buy | 07/01/16 | J | | |
| 19. Doyon Utilities, LLC 401(k); Oppenheimer Intern Growth Y | A | Dividend | J | T | Buy | 07/01/16 | J | | |
| 20. | | | | | | | | | |
| 21. | | | | | | | | | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. | | | | | | | | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oravec, Scott A. | 12/11/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

9. "University of Alaska College Savings Plan", ACT Portfolio.

10. This asset is the same asset reported in item 10 in Section VII in the 2015 report. The company, with no input from the beneficiary of the asset, transferred the entire asset from Fidelity directly to a new plan administrator, JP Morgan Chase. The entire balance was transferred out of the Fidelity asset on 12/30/2016 and deposited into the JP Morgan account on 01/03/2017. Because of this transfer, the item is listed as a sale on line 10 of this report. Because funds were not deposited with JP Morgan Chase until 2017, the purchase is not listed on the 2016 report but will be listed on the 2017 report. The new plan administrator is JP Morgan Chase; the fund name is JP Morgan smartretirement 2035 R6, JPMCB stable asset income F. Anything transferred from the "Fidelity Balanced" asset was transferred to the JP Morgan fund.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Oravec, Scott A. | 12/11/2017 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Scott A. Oravec**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544